1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEFFREY R. McKEE,

              Plaintiff,

v.

KATHY BODNAR, et al.,

              Defendants.

No. CV-12-5102-CI

ORDER GRANTING
MOTION TO STRIKE

Defendant's unopposed Motion to Strike the hearing on Defendant's Motion for Summary Judgment, noted for July 23, 2013, ECF No. 89, is **GRANTED,** pending settlement negotiations.  If settlement discussions are not successful, the parties may contact the court to renote the hearing.

**IT IS SO ORDERED.**

DATED July 9, 2013.


            _____S/ CYNTHIA IMBROGNO_____
             UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING MOTION TO STRIKE - 1