UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY R. McKEE,<br><br>                Plaintiff,<br><br>v.<br><br>KATHY BODNAR, et al.,<br><br>                Defendants. | No. 12-CV-5102-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Rodgers' December 6, 2013, Report and Recommendation to grant the parties' stipulation of dismissal. ECF No. 104. Plaintiff appears *pro se*. Defendants are represented by Candie M. Dibble and John C. Dittman. There being no objections to the Report and Recommendation, the Court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

**IT IS HEREBY ORDERED:**

    1.    The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation (ECF No. 104).

    2.    The parties' stipulation of dismissal (ECF No. 103) is **GRANTED.**

    3.    Defendants' Motion for Summary Judgment (ECF No. 82) is **DENIED AS MOOT**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

5. All hearings and other deadlines are **STRICKEN**.

6. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff and counsel for Defendants.

**DATED** December 31, 2013.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2